1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7
8
9
10
11
12

| |
|---|
| CARGILL, INCORPORATED,<br><br>        Plaintiff,<br><br>v.<br><br>BIODIESEL OF LAS VEGAS,<br>INCORPORATED,<br><br>        Defendant. |

2:09-CV-2134 JCM (RJJ)

13
14

**ORDER**

15      Presently before the court is the magistrate judge's report and recommendation to compel

16   arbitration filed on September 8, 2010. (Doc. #20).

17      Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge

18   on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the

19   magistrate judge's ruling.  Here, no objections were filed.

20      Upon review of the magistrate judge's report and recommendation (doc. #20), and there

21   being no objections filed,

22      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate

23   Judge Robert J. Johnston's report and recommendation (doc. # 20) is AFFIRMED in its entirety.

24   . . .

25   . . .

26   . . .

27   . . .

28

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that plaintiff's application to compel arbitration (doc. #1) is hereby GRANTED.

DATED October 14, 2010.

_____
UNITED STATES DISTRICT JUDGE