UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CARGILL, INCORPORATED,

Plaintiff,

v.

BIODIESEL OF LAS VEGAS, INCORPORATED,

Defendant.

2:09-CV-2134 JCM (RJJ)

### ORDER

Presently before the court is plaintiff Cargill's motion to dismiss the complaint with prejudice. (Doc. #22).

Whereas this motion is voluntary and unopposed,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to dismiss (doc. #22) is GRANTED and the case is hereby dismissed with prejudice.

DATED May 17, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**